IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-685 |
| v. | : | |
| | : | CIVIL ACTION |
| KAREEM MCBRIDE | : | NO. 16-1622 |

## ORDER

AND NOW, this 21st day of February, 2024, upon consideration of Defendant Kareem McBride's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Document No. 46), and the Government's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons outlined in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.